[No. 1852–3.   Division Three.   April 21, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MYRON MARON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 22849, Del Cary Smith, Jr., J., entered January 21, 1975. *Affirmed* by unpublished opinion per Yencopal, J. Pro Tem., concurred in by Green and McInturff, JJ.

[No. 2302–3.   Division Three.   April 22, 1977.]

*In the Matter of the Personal Restraint of* VIRGIL HALE, JR., *Petitioner.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3085, James J. Lawless, J., entered May 17, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 3543–1.   Division One.   April 25, 1977.]

CLARENCE J. GARRISON, ET AL, *Appellants,* v. DEAN L. DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 741680, John N. Skimas, J., entered December 19, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Williams, JJ.